CRIMINAL CASE COVER SHEET
U.S. District Court

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY -1 2018
BY_____ ARTHUR JOHNSTON DEPUTY

PLACE OF OFFENSE:

CITY: __MADISON__
COUNTY: __MADISON__

RELATED CASE INFORMATION:

SUPERSEDING INDICTMENT ____ DOCKET # _3:18CI88 DPJ-LRA_
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

DEFENDANT INFORMATION:

JUVENILE: ___YES __X__ NO

MATTER TO BE SEALED: __X__ YES ____ NO

NAME/ALIAS: __ARTHUR LAMAR ADAMS__

U.S. ATTORNEY INFORMATION:

AUSA: __DAVID H. FULCHER__   BAR # __10179__

INTERPRETER: __X__ NO ____ YES   LIST LANGUAGE AND/OR DIALECT: _____

LOCATION STATUS:   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

U.S.C. CITATIONS:

TOTAL # OF COUNTS: __3__   ____ PETTY ____ MISDEMEANOR __3__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  __18:1343.F__ | 18 USC § 1349 | Wire Fraud | 1-2 |
| Set 2  __18:1344.F__ | 18 USC § 1344 | Bank Fraud | 3 |

Date: __4/30/18__   SIGNATURE OF AUSA: _[signature]_

Revised 2/26/2010