# PRAECIPE FOR SUMMONS



# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 3:18CR88 DPJ-LRA

**ARTHUR LAMAR ADAMS**
(wherever found)

The Clerk of said Court will issue summons returnable on <u>May 1, 2018</u> at 2:00 p.m., before Honorable Linda R. Anderson, United States Magistrate Judge at Jackson, Mississippi, an Information against the above-named defendant having been filed in the above-entitled cause on May 1, 2018.

This the 1st day of May, 2018.

D. MICHAEL HURTS, JR.
United States Attorney

By: _____
DAVID H. FULCHER
ASSISTANT UNITED STATES ATTORNEY
MS BAR NO.: 10179

Summons issued: _____
(FBI/DHF, AUSA)