UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:18-CR-88-DPJ-LRA

ARTHUR LAMAR ADAMS

ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455.  On May 1, 2018, the undersigned discovered that the list of alleged victims includes a number of friends and at least one attorney for whom the Court has a standing recusal order.  Given the circumstances, the Court met with counsel for both parties to disclose the potential conflict and seek their input.  Counsel conveyed that the restitution owed to those victims remains unresolved and might fall to the Court for a ruling.  Accordingly, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this matter.

**SO ORDERED AND ADJUDGED** this the 3rd day of May, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE