IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                                          CAUSE NO. 3:18-cr-00088-CWR-LRA

ARTHUR LAMAR ADAMS                                                                      DEFENDANT

## MOTION FOR CONTINUANCE OF SENTECING

**COMES NOW**, your defendant, ARTHUR LAMAR ADAMS, by and through undersigned counsel and files this his Motion for Continuance of Sentencing in the above-styled and referenced cause and as grounds in support of same would respectfully state unto this Honorable Court the following, to-wit:

1. That sentencing in this matter is currently set for August 21, 2018.

2. Due to the extensive nature of the supporting documents alleging a major loss and the material just received in the Presentencing Report undersigned needs additional time to obtain all documents from the government and review same along with time to file objections. The supporting documents used in the Presentencing Report are massive and undersigned has not been able to obtain access to this material. Your defendant needs access and/or copies of his records which were seized and are being held by the government.

**WHEREFORE PREMISES CONSIDERED,** your defendant, Arthur Lamar Adams, by and through undersigned counsel respectfully requests that this his Motion for Continuance of Sentencing be received and considered by this Honorable Court and after same an Order issue granting a continuance.

**This the 23rd day of July, 2018.**

                Respectfully Submitted,
                */s/ John M. Colette,*
                Attorney for Defendant

**JOHN M. COLETTE, MSB #6376**
**SHERWOOD A. COLETTE, MSB#103488**
John M. Colette & Associates
501 South State Street
Jackson, Mississippi 39201
(601)355-6277 Office
(601)355-6283 Facsimile

## CERTIFICATE OF SERVICE

 I, John M. Colette, do hereby certify that I have on this date filed the foregoing with the clerk, and have served a true and correct copy of same via the Court's electronic filing system on all parties of record.

 **This the 23rd day of July, 2018.**

                */s/ John M. Colette*
                John M. Colette